UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
*Attorneys for Debtor, Name Your Sport, LLC*

In Re:

    ERIC J. CLOYD,

            Debtor.

Case No.: 23-21518

Judge: MBK

Chapter: 13

## WITHDRAWAL OF DOCUMENT #2

    Eric J. Cloyd, the Debtor in the subject Chapter 13 case, by and through its undersigned counsel, hereby withdraws PACER doc. no. 2, Chapter 13 Plan and Motions.


Dated: January 18, 2024                By: */s/Carrie J. Boyle*
                                                      Carrie J. Boyle, Esquire
                                                      Boyle & Valenti Law, P.C.
                                                      1940 Route 70 East, Suite 4
                                                      Cherry Hill, New Jersey 08003
                                                      856-499-3335
                                                      856-499-3304 (facsimile)