Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−21518−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J Cloyd
   1018 Prospect Street
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−5202

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          2/14/24
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 19, 2024
JAN: llb

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-21518-MBK
Eric J Cloyd  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jan 19, 2024     Form ID: 132     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J Cloyd, 1018 Prospect Street, Trenton, NJ 08638-4814 |
| 520109724 | + | Tanesha Cloyd, 870 Lamberton Street, Trenton, NJ 08611-3410 |
| 520109372 | + | Trenton Sewer Utility, 1502 Lamberton Street, Trenton, NJ 08611-3518 |
| 520109373 | + | Trenton Tax Collector, 319 E. State Street, Trenton, NJ 08608-1809 |
| 520109374 | + | Trenton Water Works, 333 Cortland Street, Trenton, NJ 08638-3415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520109346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 21:13:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520119004 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 19 2024 21:31:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520109347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2024 21:55:40 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520109348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2024 21:14:20 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520109349 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2024 21:13:56 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520109350 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2024 21:42:01 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520109361 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 19 2024 21:13:45 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520109351 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 19 2024 21:12:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520114611 | | Email/Text: mrdiscen@discover.com | Jan 19 2024 21:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520109352 | + | Email/Text: mrdiscen@discover.com | Jan 19 2024 21:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520109353 | | Email/Text: bankruptcycourts@equifax.com | Jan 19 2024 21:11:00 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374 |
| 520109354 | | ^ MEBN | | |

Case 23-21518-MBK    Doc 17    Filed 01/21/24    Entered 01/22/24 00:17:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 132 | Total Noticed: 43 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 19 2024 21:03:52 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 520133527 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2024 21:12:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 520109355 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2024 21:12:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 520109357 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 19 2024 21:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520109358 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 19 2024 21:10:00 | Keith Jeffrey Golub, Rubin & Rothman, LLC, 1787 Verterans Memorial Hwy., Islandia, NY 11749-1500 |
| 520109359 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 19 2024 21:12:00 | KeyBank, Attn: Bankruptcy, Key Tower 127 Public Square, Cleveland, OH 44114-1226 |
| 520109360 | + | Email/Text: EBNBKNOT@ford.com | Jan 19 2024 21:12:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 520109362 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2024 21:12:00 | Midland Credit Managment, 320 E. Big Beaver Suite 300, Troy, MI 48083-1271 |
| 520109363 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2024 21:12:00 | Midland Credit Managment, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520109364 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 19 2024 21:41:58 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520109365 | + | Email/Text: netcreditbnc@enova.com | Jan 19 2024 21:12:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520109367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2024 21:14:02 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520109356 | | Email/Text: signed.order@pfwattorneys.com | Jan 19 2024 21:10:00 | Ian Zev Winograd, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 520109368 | ^ | MEBN | Jan 19 2024 21:05:53 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 520109366 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 19 2024 21:10:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 520134177 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 19 2024 21:10:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520109369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 19 2024 21:14:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520109370 | + | Email/Text: documentfiling@lciinc.com | Jan 19 2024 21:09:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 520109371 | ^ | MEBN | Jan 19 2024 21:04:03 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 520109375 | | Email/Text: bknotice@upgrade.com | Jan 19 2024 21:09:00 | Upgrade, 2 N. Central Avenue, Floor 10, Phoenix, AZ 85004 |
| 520109376 | | Email/Text: bankruptcies@uplift.com | Jan 19 2024 21:09:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520114203 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 19 2024 21:12:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520109378 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 19 2024 21:09:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 520109377 | + | Email/Text: LCI@upstart.com | Jan 19 2024 21:10:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po |

Case 23-21518-MBK    Doc 17    Filed 01/21/24    Entered 01/22/24 00:17:50    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 132 | Total Noticed: 43 |

| 520115909 | ^ MEBN | | Jan 19 2024 21:06:30 | Box 1503, San Carlos, CA 94070-7503<br>Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
|---|---|---|---|---|

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117600 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Eric J Cloyd cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4