| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-21518 / MBK**

Eric J Cloyd

Petition Filed Date: 12/12/2023
341 Hearing Date: 01/11/2024
Confirmation Date:

### Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2024 | $30.00 | | | | | | | |

**Total Receipts for the Period: $30.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric J Cloyd | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Carrie J. Boyle, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $3,659.81 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $8,073.33 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE »» 2021-2022 | Priority Creditors | $6,782.52 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $983.16 | $0.00 | $0.00 |
| 5 | UPSTART NETWORK, INC | Unsecured Creditors | $10,955.25 | $0.00 | $0.00 |
| 6 | KEY BANK | Secured Creditors | $15,214.92 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,033.40 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-21518 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $30.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $30.00 |
| Paid to Trustee: | $2.49 | Arrearages: | $0.00 |
| Funds on Hand: | $27.51 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

