UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

| | |
|---|---|
| In Re: | Case No.: _____23-21518-MBK_____ |
| Eric J. Cloyd, | Chapter: _____13_____ |
| Debtor. | Hearing Date: _____02/14/2024_____ |
| | Judge: _____Kaplan_____ |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 12) _____

_____

Date: _02/07/2024_____          /s/ Denise Carlon_____
                                         Signature

*rev.8/1/15*