UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
*Attorneys for the Debtors*

In re:
    **Eric J Cloyd,**
        **Debtor**

Case No.: **23-21518**
Chapter: **13**
Adv. No.:
Hearing Date: **March 27, 2024 at 2:00 PM**
Judge: **MBK**

# CERTIFICATION OF SERVICE

1. I, **Lisa Grigley**:

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Carrie J. Boyle, Esq.**, who represents **Eric J. Cloyd** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **February 15, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - **First Application for Compensation & Reimbursement of Expenses of Boyle & Valenti Law, P.C**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **February 15, 2024**

/s/Lisa Grigley
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Denise Carlon Esquire**<br>**KML Law Group, P.C.**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Eric J. Cloyd**<br>**1018 Prospect Street**<br>**Ewing, NJ 08638** | **Debtor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.