Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−21518−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric J Cloyd
   1018 Prospect Street
   Trenton, NJ 08638

Social Security No.:
   xxx−xx−5202

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      3/27/24
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Carrie J. Boyle, Debtor's Attorney

COMMISSION OR FEES
fee: $2056.26

EXPENSES
expenses: $14.28

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 15, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-21518-MBK |
| Eric J Cloyd | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 15, 2024 | Form ID: 137 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J Cloyd, 1018 Prospect Street, Trenton, NJ 08638-4814 |
| 520109724 | + | Tanesha Cloyd, 870 Lamberton Street, Trenton, NJ 08611-3410 |
| 520109372 | + | Trenton Sewer Utility, 1502 Lamberton Street, Trenton, NJ 08611-3518 |
| 520109373 | + | Trenton Tax Collector, 319 E. State Street, Trenton, NJ 08608-1809 |
| 520109374 | + | Trenton Water Works, 333 Cortland Street, Trenton, NJ 08638-3415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520109346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:30:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520119004 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 15 2024 21:19:06 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520109347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:19:06 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520160885 | | Email/Text: bnc-quantum@quantum3group.com | Feb 15 2024 21:06:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520109348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 21:19:15 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520109349 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2024 21:18:56 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520109350 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2024 21:18:43 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520109361 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 15 2024 21:18:56 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520109351 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 15 2024 21:06:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520114611 | | Email/Text: mrdiscen@discover.com | Feb 15 2024 21:05:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520109352 | + | Email/Text: mrdiscen@discover.com | Feb 15 2024 21:05:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 520109353 | Email/Text: bankruptcycourts@equifax.com | Feb 15 2024 21:05:00 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374 |
| 520109354 | ^ MEBN | Feb 15 2024 21:04:59 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 520133527 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 15 2024 21:06:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 520109355 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 15 2024 21:06:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 520109357 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2024 21:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520109358 | + Email/Text: bankruptcy@rubinrothman.com | Feb 15 2024 21:05:00 | Keith Jeffrey Golub, Rubin & Rothman, LLC, 1787 Verterans Memorial Hwy., Islandia, NY 11749-1500 |
| 520109359 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 15 2024 21:06:00 | KeyBank, Attn: Bankruptcy, Key Tower 127 Public Square, Cleveland, OH 44114-1226 |
| 520109360 | + Email/Text: EBNBKNOT@ford.com | Feb 15 2024 21:06:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 520142547 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 21:18:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520161688 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 15 2024 21:18:56 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520147519 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2024 21:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520109362 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2024 21:06:00 | Midland Credit Managment, 320 E. Big Beaver Suite 300, Troy, MI 48083-1271 |
| 520109363 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2024 21:06:00 | Midland Credit Managment, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520109364 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 15 2024 21:18:45 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520109365 | + Email/Text: netcreditbnc@enova.com | Feb 15 2024 21:06:26 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520109367 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 15 2024 21:30:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520109356 | Email/Text: signed.order@pfwattorneys.com | Feb 15 2024 21:05:00 | Ian Zev Winograd, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 520109368 | ^ MEBN | Feb 15 2024 21:06:17 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 520109366 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 15 2024 21:05:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 520134177 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 15 2024 21:05:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520109369 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 15 2024 21:18:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520109370 | + Email/Text: documentfiling@lciinc.com | Feb 15 2024 21:05:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 520109371 | ^ MEBN | Feb 15 2024 21:05:17 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 520109375 | Email/Text: bknotice@upgrade.com | Feb 15 2024 21:05:00 | Upgrade, 2 N. Central Avenue, Floor 10, Phoenix, |

Case 23-21518-MBK    Doc 24    Filed 02/17/24    Entered 02/18/24 00:18:45    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 137 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | AZ 85004 |
| 520109376 | | Email/Text: bankruptcies@uplift.com | Feb 15 2024 21:05:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520114203 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 15 2024 21:06:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520109378 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 15 2024 21:05:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 520109377 | + | Email/Text: LCI@upstart.com | Feb 15 2024 21:05:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520115909 | ^ | MEBN | Feb 15 2024 21:06:34 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520117600 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |
| 520162566 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Eric J Cloyd cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4