Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−21518−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eric J Cloyd
    1018 Prospect Street
    Trenton, NJ 08638

Social Security No.:
    xxx−xx−5202

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

        NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 20, 2024.

Dated: February 20, 2024
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 23-21518-MBK
Eric J Cloyd                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 3
Date Rcvd: Feb 20, 2024                       Form ID: plncf13                                  Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J Cloyd, 1018 Prospect Street, Trenton, NJ 08638-4814 |
| 520109724 | + | Tanesha Cloyd, 870 Lamberton Street, Trenton, NJ 08611-3410 |
| 520109372 | + | Trenton Sewer Utility, 1502 Lamberton Street, Trenton, NJ 08611-3518 |
| 520109373 | + | Trenton Tax Collector, 319 E. State Street, Trenton, NJ 08608-1809 |
| 520109374 | + | Trenton Water Works, 333 Cortland Street, Trenton, NJ 08638-3415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Feb 20 2024 23:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Feb 20 2024 23:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520109346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 20 2024 23:31:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520119004 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 20 2024 23:30:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520109347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 20 2024 23:31:25 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520160885 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Feb 20 2024 23:26:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 520109348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 20 2024 23:41:50 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520109349 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 20 2024 23:30:57 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520109350 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 20 2024 23:30:46 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520109361 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 20 2024 23:30:59 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520109351 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Feb 20 2024 23:26:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520114611 | | Email/Text: mrdiscen@discover.com | | |
| | | | Feb 20 2024 23:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520109352 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Feb 20 2024 23:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| 520109353 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Feb 20 2024 23:25:00 | Equifax, Attn: Bankruptcy, P.O Box 740241, Atlanta, GA 30374 |
| 520109354 | ^ | MEBN | | |
| | | | Feb 20 2024 23:15:13 | Experian, Attn: Bankrupty, P.O. Box 4500, Allen, TX 75013-1311 |
| 520133527 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Feb 20 2024 23:26:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 520109355 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | | Feb 20 2024 23:26:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 520109357 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 20 2024 23:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520109358 | + | Email/Text: bankruptcy@rubinrothman.com | | |
| | | | Feb 20 2024 23:24:00 | Keith Jeffrey Golub, Rubin & Rothman, LLC, 1787 Verterans Memorial Hwy., Islandia, NY 11749-1500 |
| 520109359 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | Feb 20 2024 23:26:00 | KeyBank, Attn: Bankruptcy, Key Tower 127 Public Square, Cleveland, OH 44114-1226 |
| 520109360 | + | Email/Text: EBNBKNOT@ford.com | | |
| | | | Feb 20 2024 23:26:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 520142547 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 20 2024 23:30:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520161688 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Feb 20 2024 23:30:45 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520147519 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 20 2024 23:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520109362 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 20 2024 23:26:00 | Midland Credit Managment, 320 E. Big Beaver Suite 300, Troy, MI 48083-1271 |
| 520109363 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 20 2024 23:26:00 | Midland Credit Managment, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520109364 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Feb 20 2024 23:30:45 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520109365 | + | Email/Text: netcreditbnc@enova.com | | |
| | | | Feb 20 2024 23:26:05 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520109367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 20 2024 23:41:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520109356 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Feb 20 2024 23:24:00 | Ian Zev Winograd, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 520109368 | ^ | MEBN | | |
| | | | Feb 20 2024 23:14:23 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 520109366 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Feb 20 2024 23:24:00 | New Jersey Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, Trenton, NJ 08695-0267 |
| 520134177 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Feb 20 2024 23:24:00 | State of New Jersey, Division of Taxation-Bankruptcy Unit, PO Box 245, Trenton, NJ 08695 |
| 520109369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 20 2024 23:31:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520109370 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Feb 20 2024 23:24:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 520109371 | ^ | MEBN | | |
| | | | Feb 20 2024 23:15:31 | TransUnion, Attn: Bankruptcy, P.O. Box 2000, Chester, PA 19016-2000 |
| 520109375 | | Email/Text: bknotice@upgrade.com | | |
| | | | Feb 20 2024 23:24:00 | Upgrade, 2 N. Central Avenue, Floor 10, Phoenix, |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 20, 2024 | Form ID: plncf13 | Total Noticed: 47 |

|  |  |  | AZ 85004 |
| --- | --- | --- | --- |
| 520109376 | Email/Text: bankruptcies@uplift.com | | |
| | | Feb 20 2024 23:24:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 520114203 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Feb 20 2024 23:26:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520109378 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Feb 20 2024 23:24:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 520109377 | + Email/Text: LCI@upstart.com | | |
| | | Feb 20 2024 23:25:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520115909 | ^ MEBN | | |
| | | Feb 20 2024 23:17:58 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520117600 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |
| 520162566 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2024          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Carrie J. Boyle | on behalf of Debtor Eric J Cloyd cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4