UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
Attorneys for the Debtors

In Re:

    Eric J. Cloyd

                Debtor.

Case No.: 23-21518

Chapter: 13

Judge: MBK

Revised    **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Boyle & Valenti Law, P.C._____, the applicant, is allowed a fee of $ _____$3,580_____ for services rendered and expenses in the amount of $_____365.54_____ for a total of $_____$3,945.54. The allowance is payable:

$2070.54  ☒ through the Chapter 13 plan as an administrative priority.

$1875.00  ☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*