|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on April 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Carrie J. Boyle, Esq.<br>Boyle & Valenti Law, P.C<br>1940 Route 70 East, Suite 4<br>Cherry Hill, NJ 08003<br>(856) 499-3335<br>cboyle@b-vlaw.com<br>Attorneys for the Debtors | |

| | |
|---|---|
| In Re: | Case No.: 23-21518 |
| Eric J. Cloyd | Chapter: 13 |
| Debtor. | Judge: MBK |

Revised   **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 5, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Boyle & Valenti Law, P.C._____, the applicant, is allowed a fee of $ _____$3,580_____ for services rendered and expenses in the amount of $_____365.54_____ for a total of $_____$3,945.54.  The allowance is payable:

$2070.54   ☒  through the Chapter 13 plan as an administrative priority.

$1875.00   ☒  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2