| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-21518 / MBK**

Eric J Cloyd

Petition Filed Date: 12/12/2023
341 Hearing Date: 01/11/2024
Confirmation Date: 02/14/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2024 | $30.00 | | 02/08/2024 | $30.00 | | 03/07/2024 | $30.00 | |
| 04/01/2024 | $30.00 | | 05/02/2024 | $30.00 | | 06/03/2024 | $30.00 | |
| 07/01/2024 | $30.00 | | 07/30/2024 | $30.00 | | 08/23/2024 | $1,100.00 | |
| 09/20/2024 | $1,100.00 | | 10/21/2024 | $1,100.00 | | 11/19/2024 | $1,100.00 | |
| 12/23/2024 | $1,100.00 | | | | | | | |

**Total Receipts for the Period: $5,740.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,840.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Eric J Cloyd | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Carrie J. Boyle, Esq.<br>»» ATTY DISCLOSURE/ORDER 4/5/24 | Attorney Fees | $2,070.54 | $2,070.54 | $0.00 |
| 1 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $3,659.81 | $0.00 | $3,659.81 |
| 2 | DISCOVER BANK | Unsecured Creditors | $8,073.33 | $0.00 | $8,073.33 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2021-2022 | Priority Creditors | $6,782.52 | $809.18 | $5,973.34 |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $983.16 | $0.00 | $983.16 |
| 5 | UPSTART NETWORK, INC | Unsecured Creditors | $10,955.25 | $0.00 | $10,955.25 |
| 6 | KEY BANK<br>»» 2016 HYUNDAI GENSIS | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,033.40 | $0.00 | $1,033.40 |
| 8 | HYUNDAI CAPITAL AMERICA<br>»» DEF BAL/2019 HYUNDAI SANTA FE | Unsecured Creditors | $5,202.74 | $0.00 | $5,202.74 |
| 9 | NJ DIVISION OF TAXATION<br>»» 2021-2022 | Priority Creditors | $2,360.96 | $281.67 | $2,079.29 |
| 10 | NJ DIVISION OF TAXATION<br>»» 2021-2022 | Unsecured Creditors | $307.23 | $0.00 | $307.23 |
| 11 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,816.40 | $0.00 | $1,816.40 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» PAGAYA AI DEBT GRANTOR TRUST 2022 1 | Unsecured Creditors | $4,942.31 | $0.00 | $4,942.31 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/CARECREDIT | Unsecured Creditors | $5,392.28 | $0.00 | $5,392.28 |

**Chapter 13 Case No. 23-21518 / MBK**

| # | Creditor | Class | Amount | Paid | Balance |
|---|----------|-------|-------:|-----:|--------:|
| 14 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CREDIT ONE BANK, NA | Unsecured Creditors | $1,553.52 | $0.00 | $1,553.52 |
| 15 | CITIBANK, NA<br>»»  MACY'S CC | Unsecured Creditors | $403.82 | $0.00 | $403.82 |
| 16 | MIDFIRST BANK<br>»»  NP/870 LAMBERTON ST/1ST MTG | Mortgage Arrears | $1,178.39 | $1,178.39 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/WALMART | Unsecured Creditors | $3,141.66 | $0.00 | $3,141.66 |
| 18 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PROSPER | Unsecured Creditors | $4,902.35 | $0.00 | $4,902.35 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,840.00 | Plan Balance: | $51,670.00 ** |
| Paid to Claims: | $4,339.78 | Current Monthly Payment: | $1,100.00 |
| Paid to Trustee: | $487.22 | Arrearages: | ($30.00) |
| Funds on Hand: | $2,013.00 | Total Plan Base: | $58,510.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.